**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 05-20943-CR-MOORE/GARBER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS ALVAREZ and
ELSA ALVAREZ,

        Defendants.

_____/

## ORDER DENYING DEFENDANT ELSA ALVAREZ'S MOTION FOR BOND PENDING APPEAL (DE # 245)

THIS CAUSE came before the Court upon Defendant Elsa Alvarez's Motion for Bond Pending Appeal (DE # 245). On March 23, 2007, the Government filed its Response (DE # 254). On March 26, 2007, Defendant Elsa Alvarez filed her Reply (DE # 259).

UPON CONSIDERATION of the Motion, Responses, the pertinent portions of the record, and being otherwise fully advised in the premises, the Court enters the following Order.

Under the Bail Reform Act, it is presumed that a defendant who has been sentenced to a term of imprisonment should be incarcerated pending appeal and the burden is upon a defendant to prove otherwise. *See* 18 U.S.C. § 3143(b)(1); United States v. Giancola, 754 F.2d 898. 900–01 (11th Cir. 1985) ("the conviction is presumed correct and the burden is on the convicted defendant to overcome that presumption."). To overcome this presumption, a defendant must show that: (1) she is not likely to flee or pose a danger to the safety of any other person or community if released; (2) her appeal is not for the purpose of delay and raises a substantial question of law or fact; and (3) her appeal is likely to result in reversal of the conviction, an order

for a new trial, a sentence of no jail time, or a sentence shorter than the expected duration of the appeal process. *See* 18 U.S.C. § 3143(b)(1).

This Court finds that Defendant Elsa Alvarez fails to satisfy the second and third requirements above. Ms. Alvarez's arguments in her motion do not raise a substantial question of law or fact. Also, Ms. Alvarez has not overcome the presumption against bond, because she cannot show that her appeal is at least "likely to result in . . . a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b)(1)(B)(iv).

Therefore, it is

ORDERED AND ADJUDGED that Defendant's Motion for Bond Pending Appeal (DE # 245) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of March, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       U.S. Magistrate Judge Barry L. Garber

2